UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ALBERT ELDER #178185, | Case No. 1:05-cv-780 |
| Petitioner, | HONORABLE PAUL L. MALONEY |
| v. | Magistrate Judge Ellen S. Carmody |
| MARY BERGHUIS, | |
| Respondent. | |

## JUDGMENT

Judgment is entered in favor of the respondent and against the petitioner.

The petition for a writ of habeas corpus is DISMISSED.

The court GRANTS a certificate of appealability as to the petitioner's *Batson* claim.

The court DENIES a certificate of appealability as to all other claims and issues.

**IT IS SO ORDERED this 21st day of July, 2009.**

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge